PATTERSON ET AL. *v.* CITY OF
NEWPORT NEWS ET AL.

No. 820.  Decided January 23, 1967.

PER CURIAM.

The motion to dispense with printing the statement as to jurisdiction is granted.  The appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MAXWELL *v.* BISHOP, PENITENTIARY
SUPERINTENDENT.

No. 1025, Misc.  Decided January 23, 1967.

*Jack Greenberg, James M. Nabrit III, Norman C. Amaker, Michael Meltsner, George Howard, Jr.,* and *Anthony G. Amsterdam* for petitioner.

PER CURIAM.

The motion for leave to file the petition for a writ of certiorari and the petition for a writ of certiorari are granted.  The order denying petitioner's application for a certificate of probable cause to appeal to the United States Court of Appeals for the Eighth Circuit is reversed and the cause is remanded with directions to issue the certificate.